**\*E-FILED 6/22/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LEE HATCHER, | No. C09-02102 HRL |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE CONSENT OR DECLINATION FORM** |
| v. | |
| GMAC MORTGAGE, LLC and DOES 1-50, | **ORDER CONTINUING HEARING RE DEFENDANT'S MOTION TO DISMISS** |
| Defendants. | |

Upon review of the record in this action, the court notes that plaintiff has not yet filed a consent or declination to proceed before a United States Magistrate Judge. Plaintiff is again reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by the undersigned may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court. Alternatively, however, the parties have the right to have the case reassigned to a United States District Judge for trial and disposition. Accordingly,

No later than **June 30, 2009**, plaintiff shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and

1  Request for Reassignment to a United States District Judge.  *See* C<small>IV</small>. L.R. 73-1.  The consent
2  and declination forms are available at the Clerk's Office and may also be obtained from the
3  court's website at http://www.cand.uscourts.gov.
4      The hearings on defendant's motion to dismiss and motion to strike, noticed for June 30,
5  2009, is **continued to July 14, 2009, 10:00 a.m.** in Courtroom 2, 280 South First Street, San
6  Jose, California.
7      SO ORDERED.
8  Dated:   June 22, 2009

                                                          _____
                                                           HOWARD R. LLOYD
                                                          UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**5:09-cv-2102 Notice electronically mailed to:**

Alice Marie Dostalova amdostalova@wolfewyman.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**5:09-cv-2102 Notice mailed to**:

Robert Lee Hatcher
P.O. Box 1612
211 Hope Street
Mountain View, CA 94042

**United States District Court**
For the Northern District of California